**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN D. BORGELT,<br><br>　　　　　　　Defendant. | **Case No.** CR04-5575KLS<br><br>REPORT RE: DEFENDANT'S PLEA |

　　THIS MATTER came on for presentation of a plea agreement this 29th day of August, 2005, before United States Magistrate Judge J. Kelley Arnold, in the absence of the assigned trial United States Magistrate Judge, Karen L. Strombom. The United States was represented by Assistant United States Attorney, Arlen Storm. The defendant was present with Attorney C. James Thrush. Defendant had earlier executed a consent for all matters to proceed before a United States Magistrate Judge

　　The court reviewed the plea agreement with the defendant and determined as follows:

(1) The defendant understands his constitutional protections, and those he forfeits in entering a plea of guilty;

(2) The defendant enters his plea freely and voluntarily; and

(3) The defendant acknowledges a sufficient factual basis to support the plea.

ORDER
Page - 1

The defendant's plea was subject to the provisions of FRCrP 11(c)(1)C binding the sentencing judge to a tax loss sum of $40,000 – $70,000 for purposes of determining the appropriate guideline range pursuant to 2T4.1(H) of the 1998 United States Sentencing Guidelines.  In all other particulars the plea agreement is not binding on the sentencing judge.

Accordingly the undersigned finds the plea agreement acceptable for all purposes other than the aforementioned condition subject to FRCrP11(c)(1)(C).  The undersigned defers to the Honorable Karen L. Strombom for final acceptance/rejection.

Dated this 29th day of July, 2005

_/s/ J. Kelley Arnold_
U.S. Magistrate Judge, J. Kelley Arnold